FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 JAN 26 AM 9: 37

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA and DUBLIN DIVISIONS

| | | |
|---|---|---|
| IN RE: | ) | Case Nos.: CR115-094, P. B. Buxton |
| | ) | |
| LEAVE OF ABSENCE REQUEST | ) | |
| PATRICIA G. RHODES | ) | |
| January 20th through January 22nd, 2016 | ) | |
| and February 22nd through February 26th, | ) | CR315-013, R. A. Clark, et. al. |
| 2016 | ) | |

### ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for January 20th through January 22nd, 2016, to attend CLE training at the National Advocacy Center and February 22nd through February 26th, 2016 for vacation out of state; same is hereby GRANTED.

This 26th day of January, 2016.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA

1