UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA AND DUBLIN DIVISION



FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 JUL 25 P 2: 58

CLERK_____

IN RE:                                        )    Case Nos.:    CR116-035, G. D. Tutt
                                              )
LEAVE OF ABSENCE REQUEST                      )                  CR305-022, G. S. Legette
PATRICIA G. RHODES                            )                  CR315-013, R. A. Clark, et. al.
August 22nd through August 26th, 2016.        )                  CR316-010, J. D. Upshaw
                                              )

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for August 22nd through August 26th, 2016, to attend a legal conference out of town; same is hereby GRANTED.

This 25th day of _____July_____, 2016.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA

1